## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-62342-SMITH/VALLE

AXOS BANK,

      Plaintiff,

      vs.

EQRAMUL I. CHOWDHURY, *et al.*,

      Defendants.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the Magistrate Judge's Report and Recommendation to District Judge [DE 18], in which the Magistrate Judge recommends granting in part Plaintiff Axos Bank's Motion for its Reasonable Attorneys' Fees and Costs [DE 14].   No objections have been filed to the Report and Recommendation.   Thus, having reviewed, *de novo*, Magistrate Judge Valle's Report and Recommendation, the record, and given that Plaintiff has not objected, it is

**ORDERED** that

1.  The Magistrate Judge's Report and Recommendation to District Judge [DE 18] is **AFFIRMED and ADOPTED.**

2.  Plaintiff is awarded $15,568.50 in attorney's fees.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 12th day of April, 2021.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    All parties of record